# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARK A. WILLIAMS | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 10-po-00031-GJR<br><br>USM No.<br><br>James R. McDonald<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    One (Information)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 C.F.R. § 423.24(b) &<br>43 C.F.R. § 423.71 | Trespassing, entering closed area | 05/16/2010 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: $210.00 | $ 10.00 | $ 200.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1970

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Gunnison, CO 81230

08/24/2010
Date of Imposition of Judgment

*/s/ Gudrun J. Rice*
Signature of Judge

Gudrun J. Rice        Magistrate Judge
Name and Title of Judge

09/07/2010
Date